UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRIS DONNER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Cause No.:** 3:13-cv-00318-SMY-PMF |
| ) | |
| ) | |
| ) | |
| CREDIT CONTROL, LLC ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE OF JOEL S. HALVORSEN

Joel S. Halvorsen hereby enters his appearance as counsel on behalf of Defendant Credit Control, LLC in the above styled cause.

Dated: May 18, 2015

                                                                                                                            Respectfully submitted,

                                                                                                                            STURYCZ WATTS LLC

                                                                                                                            /s/ Joel S. Halvorsen  
                                                                                                                            Joel S. Halvorsen, #67032MO  
                                                                                                                            Patrick A. Watts, #6302112  
                                                                                                                            Nathan D. Sturycz, #6302061  
                                                                                                                            5757 Phantom Drive, Suite 250  
                                                                                                                            St. Louis, MO 63042  
                                                                                                                            Telephone:  (877) 314-3223  
                                                                                                                            Fax:  (888) 632-6937  
                                                                                                                            joel@swattslaw.com  
                                                                                                                            pwatts@swattslaw.com  
                                                                                                                            nathan@swattslaw.com  
                                                                                                                            *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

   I, Joel S. Halvorsen, hereby certify that on May 18, 2015 the documents filed with the Clerk of the Court through the CM/ECF system will be sent electronically to the following:


Thomas R. Applewhite
Aektra Legal, LLC
doing business as Donner Applewhite, Attorneys at Law
1108 Olive Street
Suite 200
St. Louis, MO 63101-1949
Phone:  314-240-5351
Fax: 888-785-4461
Email: tom.applewhite@da-lawfirm.com
*Attorney for Plaintiff*


              /s/ Joel S. Halvorsen_____
              **Joel S. Halvorsen**